[No. 6039-1. Division One. February 5, 1979.]

*In the Matter of the Welfare of*
JAMES LOUIS DEANE.

Appeal from a judgment of the Superior Court for King County, No. J-77263, Norman W. Quinn, J., entered October 6, 1977. *Affirmed* by unpublished opinion per James, J., concurred in by Farris and Andersen, JJ.

[No. 6050-1. Division One. February 5, 1979.]

VICTOR SCALZO, ET AL, *Appellants,* v. HARBOR
INSURANCE COMPANY, *Respondent.*

Appeal from a judgment of the Superior Court for King County, No. 821537, George H. Revelle, J., entered October 28, 1977. *Affirmed* by unpublished opinion per Dore, J., concurred in by Farris and Andersen, JJ.

[No. 6073-1. Division One. February 5, 1979.]

THE STATE OF WASHINGTON, *Respondent,* v. JOHN ANTHONY
VLADOVIC, *Defendant,* ROBERT WILLIAM
MAY, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 81371, Horton Smith, J., entered October 21, 1977. *Affirmed* by unpublished opinion per Swanson, J., concurred in by Williams and Ringold, JJ.

[No. 6079-1. Division One. February 5, 1979.]

KATHRYN EDGLEY, *Respondent,* v. MICHAEL ARTHUR
EDGLEY, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 611223, Carolyn R. Dimmick, J., entered October 20, 1977. *Affirmed* by unpublished opinion per James, J., concurred in by Farris and Andersen, JJ.